In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00513-CR**
_____

**IN RE WILLIE HENRY III**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator Willie Henry III filed a petition for writ of mandamus with this Court in which he alleges that the trial court lacked jurisdiction of his underlying criminal case, and he makes a claim of actual innocence. The documents Henry attached as exhibits indicate that his petition pertains to trial cause number 98575, which was previously appealed to this Court. *See Henry v. State*, No. 09-09-00029-CR, 2009 WL 2044819 (Tex. App.—Beaumont July 15, 2009, no pet.) (not designated for publication). In addition, this Court has previously addressed a mandamus proceeding filed by Henry, in which Henry made the same argument with respect to the trial court's jurisdiction. *See In re Henry*, No. 09-12-00309-CR, 2012 WL 3044298 (Tex. App.—Beaumont July 25, 2012, orig. proceeding).

1

Relator has not demonstrated that he is clearly entitled to mandamus relief from this Court. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (To demonstrate entitlement to a writ of mandamus, a relator must establish that the trial court failed to perform a ministerial duty, and that relator has no other adequate legal remedy.). Accordingly, we deny relief on the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on November 9, 2012
Opinion Delivered November 28, 2012
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2